■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. REINARD, Appellant. (Appeal No. 2.) [21 NYS3d 659]— Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered June 8, 2010. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Reinard* ([appeal No. 1] 134 AD3d 1407 [2015]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.